# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>**Raquel Eunice VASQUEZ-Castillo**<br><br>**US**<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.<br>L-18-PO61802 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of **Starr** in the **Southern** District of **Texas**, the defendant(s) violated:

*Code Section* | *Offense Description*
---|---
8 USC 1325(a)(1) | an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by an immigration officer.

This criminal complaint is based on these facts:

Furthermore, it is based on verbal statements by, Raquel Eunice VASQUEZ-Castillo, who admitted being a citizen of Honduras, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, #PLACE OF ENTRY#, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States. This illegal entry or attempted entry took place on #DATE OF ENTRY#.

☐ Continued on the attached sheet.

/S/
*Complainant's signature*

Ronald A. Dejean Iii , Border Patrol Agent
*Printed name and title*

Affiant Ronald A. DeJean
sworn and attested
on June 20, 2018, at 5:00 AM,
at Laredo, Texas.

*Diana Song Quiroga*
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE